

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00583-CR

Jose Manuel **HERNANDEZ PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4049
Honorable Daphne Previti Austin, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on October 31, 2018.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

Keith E. Hottle, Clerk of Court